# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC.**, *et al.*, | |
| **Plaintiffs,** | |
| v. | Case No. 05-00056<br>**JUDGE ALGENON L. MARBLEY**<br>**Magistrate Judge Norah McCann King** |
| **COMERICA BANK,** | |
| **Defendant.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendant's Motion for Summary Judgment and **DENIES** Plaintiffs' Motion for Summary Judgment pursuant to the March 16, 2009 Opinion and Order. This action is hereby DISMISSED.

Date: **March 16, 2009**              **James Bonini, Clerk**


                                                            s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk