IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OWNER-OPERATOR INDEPENDENT :
DRIVERS ASSOCIATION, CARL HARP :
and MICHAEL WISE, as Representatives :
of the Class and THE CERTIFIED CLASS :
OF OWNER-OPERATORS, Case No. :
C2-97-740 United States District Court :
for the Southern District of Ohio, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　:　Case No. 05 -CV-0056
　　v. :
　　　　　　　　　　　　　　　　　　　　　:　JUDGE ALGENON L. MARBLEY
COMERICA BANK, :　Magistrate Judge King
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant. :

## ORDER

This matter is before the Court by way of a telephonic status conference that was held on Friday, September 9, 2011. Based on the representation of counsel, the Court has amended the scheduling order to reflect the following.

**Summary:**

| | |
|---|---|
| September 12, 2011 | Motions in limine, pretrial motions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| September 16, 2011 | Defendant's supplemental exhibit list for additional documents contained in Plaintiff's new production only are due. |
| September 19, 2011 | Memoranda contra pretrial motions or motions in limine, objections to deposition designations, and final pretrial order. |
| September 23, 2011 | Objections to supplemental exhibit list are due. |
| September 26, 2011 | Final pretrial conference **at 10:30 a.m.** in chambers, 85 Marconi Boulevard, Room 319, Columbus, Ohio, submission of trial briefs. |

| | |
|---|---|
| September 28, 2011 | Designations of deposition testimony of witnesses deposed after September 21, 2011 due by **5:00 p.m.**  Motions for leave to file additional motions in limine for new issues arising from depositions taken after September 21, 2011 only due by **5:00 p.m. Proposed additional motions in limine to be attached as exhibit to the motions for leave to file.** |
| September 30, 2011 | Responses to additional motions in limine due by **5:00 p.m.** |
| October 3, 2011 | Bench Trial - opening statements and presentation of evidence. |

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Robert Haferd, at 614-719-3262, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

                                        s/Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**DATED:   September 12, 2011**