IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, CARL HARP and MICHAEL WISE, as Representatives of the Class and THE CERTIFIED CLASS OF OWNER-OPERATORS, Case No. C2-97-740 United States District Court for the Southern District of Ohio, | : : : : : : : : | |
| Plaintiffs, | : : | Case No. 05 -CV-0056 |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| COMERICA BANK, | : : | Magistrate Judge King |
| Defendant. | : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Monday, September 19, 2011,** beginning at **10:30 a.m.** The Court will initiate the phone conference, Trial Counsel for the respective parties are to be available by telephone.

During the Status Conference, the Court will address recently filed motions to compel discovery and any issues necessary for a speedy and just resolution of the pending action.  This Order supersedes any prior orders setting a status conference. .  The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY, JUDGE**
**United States District Court**

**DATE: September 15, 2011**