**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **OWNER-OPERATOR INDEPENDENT** | : | |
| **DRIVERS ASSOCIATION, CARL HARP** | : | |
| **and MICHAEL WISE, as Representatives** | : | |
| **of the Class and THE CERTIFIED CLASS** | : | |
| **OF OWNER-OPERATORS, Case No.** | : | |
| **C2-97-740 United States District Court** | : | |
| **for the Southern District of Ohio,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Case No. 05 -CV-0056** |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **COMERICA BANK,** | : | **Magistrate Judge King** |
| | : | |
| **Defendant.** | : | |

<u>**ORDER SETTING POST-TRIAL BRIEFING SCHEDULE**</u>

The Parties having concluded their cases in chief, with the exception of the Defendant

Comerica Bank's forthcoming proffer on the issue of damages to which Plaintiffs reserve the

opportunity to respond, the Court hereby **ORDERS** the following schedule to be followed

regarding final briefing:

| | |
|---|---|
| November 7, 2011 | Defendant's proffer on the issue of damages due by **5:00 p.m.** |
| November 14, 2011 | Plaintiffs' memorandum in response to Defendant's proffer due by **5:00 p.m.** |
| November 28, 2011 | Parties' proposed findings of fact and conclusions of law, due by **5:00 p.m.**  Memoranda in support shall be governed by Local Rule 7.2(a)(3). |
| December 12, 2011 | Parties' final reply briefs due by **5:00 p.m.**  Memoranda in support shall be governed by Local Rule 7.2(a)(3). |

This order supersedes all previous orders in this case to the extent previous orders are

inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Robert Haferd, at 614-719-3262, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

    **s/Algenon L. Marbley**

**ALGENON L. MARBLEY**

**UNITED STATES DISTRICT JUDGE**

**DATED:  November 1, 2011**